UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB JAMES NANCE,

        Petitioner(s),        CASE NUMBER: 06-14523
                                        HONORABLE VICTORIA A. ROBERTS

v.

JOHN BOYNTON,

        Respondent(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Petitioner Jacob James Nance's ("Nance") "Petition for Writ of Habeas Corpus." (Doc. #1). This petition was referred to Magistrate Judge Paul J. Komives pursuant to 28 U.S.C. §636(b)(1)(B) for a Report and Recommendation ("R&R").

On July 15, 2008, Magistrate Komives issued a R&R recommending that the Court DENY Nance's petition. (Doc. #24). Nance filed objections on September 2, 2008. (Doc. #28).

After reviewing Nance's objections, the Court finds Nance did not articulate grounds which warrant the granting of his petition. Therefore, the Court **ADOPTS** Magistrate Komive's R&R and **DENIES** Nance's petition.

      **IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: September 24, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Jacob Nance by electronic means or U.S. Mail on September 24, 2008.

s/Carol A. Pinegar
Deputy Clerk